EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Integración de Salas de Despacho | 2014 TSPR 110 191 DPR ____ |
| --- | --- |

Número del Caso: ES-2014-3

Fecha: 19 de septiembre de 2014

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

INTEGRACIÓN DE SALAS
DE DESPACHO                              ES-2014-3

RESOLUCIÓN

En San Juan, Puerto Rico, a 19 de septiembre de 2014.

De conformidad con lo dispuesto en la Regla 4 (d) del Reglamento de este Tribunal, se constituyen las siguientes Salas de Despacho:

PRIMERA SALA DE DESPACHO:

   Hon. Liana Fiol Matta, Presidenta
   Hon. Mildred G. Pabón Charneco
   Hon. Roberto Feliberti Cintrón

SEGUNDA SALA DE DESPACHO:

   Hon. Anabelle Rodríguez Rodríguez, Presidenta
   Hon. Erick V. Kolthoff Caraballo
   Hon. Luis F. Estrella Martínez

TERCERA SALA DE DESPACHO:

   Hon. Rafael L. Martínez Torres, Presidente
   Hon. Edgardo Rivera García
   Hon. Maite D. Oronoz Rodríguez

De surgir un empate en la votación de alguna de las Salas de Despacho, se designará a otro juez o a otra jueza que no forme parte de la sala en la que surgió el empate, en orden sucesivo de antigüedad.

Esta Resolución entrará en vigor el miércoles 1 de octubre de 2014.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Camelia Montilla Alvarado
Secretaria del Tribunal Supremo Interina